PAUL, HASTINGS, JANOFSKY & WALKER LLP
J. AL LATHAM, JR. (SB# 71605)
THOMAS E. GEIDT (SB# 80955)
ANNE NERGAARD (SB# 235058)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
AT&T, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELENA LEBEDCHIK, ERIC HOOKS, SVETLANA MELNIK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T, INC., a Delaware corporation and SBC COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:07-CV-00392-FCD (EFB)<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT AT&T, INC. TO ANSWER OR RESPOND TO FIRST AMENDED COMPLAINT** |

STIPULATION

The parties, by their undersigned counsel, stipulate and agree as follows:

1. Plaintiffs served their First Amended Complaint on Defendant AT&T, Inc. on June 27, 2007.

2. The parties previously stipulated and agreed, pursuant to Local Rule 6-144, that Defendant AT&T, Inc. could have an initial 30-day extension of time to answer or respond to the Complaint, from July 17 to August 16, 2007, to give the parties time to discuss, among other things, which AT&T-affiliated entity or entities should appropriately be named as defendants in this action.

3. Counsel for the parties have entered into discussions and exchanged information concerning whether AT&T, Inc. is a cognizable entity over which this Court has jurisdiction, or whether instead another AT&T-affiliated entity or entities should be substituted in as the proper defendant(s) in this action. The parties need some additional time to evaluate and attempt to agree upon this issue and thereby avoid a motion to quash service of summons.

4. Accordingly, the parties have agreed that Defendant AT&T, Inc. may have a 30-day extension of time, from August 16 to September 17, 2007, to answer or respond to the First Amended Complaint, and the parties request the Court's approval of this Stipulation.

DATED: August 17, 2007        SHEA LAW OFFICES

LAW OFFICES OF ILONA BRUSIL

KERSHAW, CUTTER & RATINOFF


By: _____*/s/ Mary J. Shea*_____
                MARY J. SHEA

Attorneys for Plaintiff YELENA LEBEDCHIK, et. al.


DATED: August 17, 2007        PAUL, HASTINGS, JANOFSKY & WALKER, LLP


By: _____*/s/ Thomas E. Geidt*_____
                THOMAS E. GEIDT

Attorneys for Defendant AT&T, INC.


IT IS SO ORDERED.

DATED: August 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE