PAUL, HASTINGS, JANOFSKY & WALKER LLP
J. AL LATHAM, JR. (SB# 71605)
THOMAS E. GEIDT (SB# 80955)
ANNE NERGAARD (SB# 235058)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
AT&T, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELENA LEBEDCHIK, ERIC HOOKS, SVETLANA MELNIK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T, INC., a Delaware corporation and SBC COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:07-CV-00392-FCD (EFB)<br><br>**JOINT STIPULATION REGARDING DISMISSAL AND AMENDMENT OF COMPLAINT; ORDER** |

The parties having exchanged information concerning the proper defendant in the above-referenced action, Plaintiffs have determined that the proper defendant to be named is Pacific Bell Telephone Company ("Pacific Bell"), not AT&T, Inc. or SBC Communications, Inc.  Therefore, the parties stipulate and agree as follows:

1. Plaintiffs hereby dismiss AT&T, Inc. and SBC Communications, Inc. as defendants, without prejudice, pursuant to F.R.C.P. 41(a)(1).

2. Plaintiffs will file a Second Amended Complaint in the case, naming Pacific Bell as the only defendant. Pacific Bell agrees that its addition as a defendant relates back to the original date of filing of the initial complaint in this action.

3. Counsel for Pacific Bell will accept service on its behalf within five days of Plaintiffs' counsel providing them with a copy of the filed Second Amended Complaint. Pacific Bell will then have the time permitted by the Federal Rules of Civil Procedure to answer or otherwise respond to the Second Amended Complaint.

4. In connection with the dismissal of AT&T, Inc. and SBC Communications, Inc., each party shall bear its own costs and attorneys' fees.

DATED: September __, 2007    SHEA LAW OFFICES
LAW OFFICES OF ILONA BRUSIL
KERSHAW, CUTTER & RATINOFF

By:_____
C. BROOKS CUTTER

Attorneys for Plaintiff YELENA LEBEDCHIK, et. al.

LEGAL_US_W # 56696772.4          -2-

STIPULATION & ORDER REGARDING DISMISSAL AND AMENDMENT OF COMPLAINT

DATED: September __, 2007   PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____
DEBORAH S. WEISER

Attorneys for Defendant AT&T, INC. and

PACIFIC BELL TELEPHONE COMPANY

## ORDER

The foregoing Stipulation is approved, and IT IS SO ORDERED.

DATED: September 14, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE