C. BROOKS CUTTER (SB# 121407)
LYLE W. COOK (SB# 148914)
KERSHAW, CUTTER & RATINOFF
401 Watt Avenue
Sacramento, CA  95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

ILONA BRUSIL (SB # 244723)
LAW OFFICES OF ILONA BRUSIL
2095 Van Ness Avenue
San Francisco, CA  94109
Telephone: (415) 775-1793
Facsimile:  (415) 775-1308

MARY SHEA HAGEBOLS (SB #113222)
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA  94105
Telephone: (510) 208-4422
Facsimile:  (415) 520-9407

Attorneys for Plaintiffs,
YELENA LEBEDCHIK, et al.

J. AL LATHAM, JR. (SB# 71605)
THOMAS E. GEIDT (SB# 80955)
ANNE NERGAARD (SB# 235058)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105
Telephone: (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELENA LEBEDCHIK, ERIC HOOKS, SVETLANA MELNIK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY, a California corporation,<br><br>Defendant. | CASE NO. 2:07-CV-00392-FCD (EFB)<br><br>**STIPULATION AND ORDER TOLLING FLSA CLAIMS**<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

1  WHEREAS, Plaintiffs Yelena Lebedchik, Eric Hooks and Svetlana Melnik
2  ("Plaintiffs") have notified Defendant Pacific Bell Telephone Company ("Pacific Bell") that they
3  intend to file a motion for conditional FLSA certification and issuance of *Hoffmann* notice to the
4  members of the putative FLSA collective class ("FLSA Collective Plaintiffs") under 29 U.S.C.
5  § 216(b), to inform those persons of their right to submit a Consent-to-Join form in this action;
6  and
7
8  WHEREAS, the parties have recently agreed to participate in a mediation on
9  December 8, 2008, before Mediator Antonio Piazza in an attempt to resolve the claims in this
10  action without the need for a *Hoffmann* motion; and
11
12  WHEREAS, Plaintiffs are willing to postpone the filing of their *Hoffmann* motion
13  upon the condition that Pacific Bell agrees to toll the FLSA statute of limitations for the FLSA
14  Collective Plaintiffs; and
15
16  WHEREAS, Pacific Bell is willing to enter into such an agreement;
17
18  IT IS HEREBY STIPULATED AND AGREED, by and between the parties
19  hereto, through their respective attorneys of record, that:
20
21  1.  The statute of limitations on the FLSA claims of the FLSA Collective
22  Plaintiffs (except for those who previously have filed Consent-to-Join forms) shall be tolled from
23  October 16, 2008, through the later of (1) the end of the opt-in period set by any order granting
24  *Hoffmann* notice; (2) the date of any order of the Court denying *Hoffmann* notice; or (3) February
25  28, 2009, if Plaintiffs have not filed a motion for *Hoffman* notice by that date.
26
27  2.  This stipulation is without prejudice to Plaintiffs moving for *Hoffmann*
28  notice or to Pacific Bell opposing such motion; and

-1-

CASE NO. 2:07-CV-00392-FCD (EFB)               STIPULATION & ORDER
                                                TOLLING FLSA CLAIMS

3. This stipulation is without prejudice to Plaintiffs seeking broader tolling, or to Defendant opposing broader tolling.

DATED: October 23, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
J. AL LATHAM, JR.
THOMAS E. GEIDT
ANNE NERGAARD

By: */s/ Thomas E. Geidt*
THOMAS E. GEIDT

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

DATED: October *22,* 2008

By: **E-signature:** *Mary Shea Hageebols*
MARY SHEA HAGEBOLS

Attorneys for Plaintiffs
YELENA LEBEDCHIK, ERIC HOOKS, and SVETLANA MELNIK

ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: October 23, 2008

HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 60229188.1

-2-