1  THOMAS E. GEIDT (SB# 80955) tomgeidt@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street
   Twenty-Fourth Floor
3  San Francisco, CA  94105
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  J. AL LATHAM, JR. (SB# 71605) allatham@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
6  515 South Flower Street
   Twenty-Fifth Floor
7  Los Angeles, CA  90071-2228
   Telephone: (213) 683-6000
8  Facsimile: (213) 627-0705

9  Attorneys for Defendant
   PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YELENA LEBEDCHIK, ERIC HOOKS, SVETLANA MELNIK, individually and on behalf of others similarly situated, Plaintiffs, vs. PACIFIC BELL TELEPHONE COMPANY, a California corporation, Defendant. | CASE NO. 2:07-CV-00392-FCD (EFB) **ORDER APPROVING STIPULATION TO PERMIT JOSE M. CASAS TO BE EXCLUDED FROM THE SETTLEMENT CLASS** |
|---|---|

The Court having reviewed the parties' Stipulation Granting Request of Jose M. Casas to be Excluded from the Settlement Class in This Matter, a copy of which is attached hereto as Exhibit A, and good cause appearing to approve the stipulation,

IT IS HEREBY ORDERED that Jose M. Casas is excluded from the settlement class in this matter.

DATED: September 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE