UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELENA LEBEDCHIK, ERIC HOOKS, SVETLANA MELNIK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, a California Corporation<br><br>Defendant. | Case No.: 2:07-CV-00392-FCD EFB<br><br>**ORDER (1) FINALLY APPROVING CLASS ACTION SETTLEMENT; (2) FINALLY CERTIFYING SETTLEMENT CLASSES; (3) AWARDING ATTORNEY'S FEES, COSTS, AND EXPENSES; (4) AWARDING SERVICE PAYMENTS TO REPRESENTATIVE PLAINTIFFS; (5) DISMISSING THIS ACTION WITH PREJUDICE; AND (6) ENTERING JUDGMENT**<br><br>Date:  October 2, 2009<br>Time:  10:00 a.m.<br>Ctrm:  2<br><br>Judge: Frank C. Damrell, Jr. |

The parties to the above-captioned civil action ("Action"), Plaintiffs Yelena Lebedchik, Eric Hooks, Svetlana Melnik, individually and on behalf of others similarly situated ("Representative Plaintiffs") and Defendant Pacific Bell Telephone Company ("PACIFIC BELL") have agreed - following notice to the proposed Settlement Class - to settle the Action upon the terms and conditions set forth in the Joint Stipulation of Settlement and Release Between Plaintiffs and Defendant ("Settlement"), which was filed with the Court in connection

with the present motion by Plaintiffs for an Order Finally Approving Class Action Settlement and Finally Certifying Settlement Classes, along with a separately-filed Motion for an Award of Attorneys Fees', Costs, and Expenses to Class Counsel.

Plaintiffs' Motions are unopposed by PACIFIC BELL and were submitted to this Court for review and approval on August 24, 2009.  After considering Plaintiffs' Motions, the Settlement Agreement, the record and proceedings herein, the Court finds, concludes, and hereby orders as follows:

1.   The Settlement is approved as fair, reasonable, and adequate.

2.   The following Classes are certified, for purposes of this Settlement only:

(a)   *California-Law Class*:  This class includes all individuals who worked for PACIFIC BELL in the State of California in the positions of Service Representative in the Consumer Markets Group ("CMG") or in Business Communications Services ("BCS"); Sales and Service Representative-Bilingual in CMG or BCS; Customer Representative in CMG; and/or Customer Representative-Bilingual in CMG ("Class Positions") between February 27, 2003 and the date of preliminary approval of the Settlement, excluding those who were eligible to file claims in the *Thompson, et al. v. AT&T, Inc.* ("*Thompson*") action and did not opt out of the *Thompson* action.  Members of this class who file claims under this Settlement also will be resolving any and all FLSA claims that they may have.

(b)   *FLSA Collective Class*:  This class includes all persons who (i) held a Class Position in the State of California between October 16, 2005, or three years before they filed a Consent to Join form, whichever is earlier, and the date of preliminary approval of the Settlement; and (ii) did not file claims in the *Thompson* action.

3.   Notice to the Class was provided in the manner described in the Settlement Agreement and this Court's prior order preliminarily approving the Settlement.  The approved form of Class Notice and Claim Form are attached as exhibits to the Settlement Agreement.

4.   The Court finds that the dissemination of the Notice under the terms provided for in this Court's previous Order preliminarily approving the Settlement constituted the best notice practicable under the circumstances, and was due and sufficient notice for all purposes to all persons entitled to such notice, and fully satisfies the requirements of due process, the Federal Rules of Civil Procedure, and all other applicable laws.  Prior to the final settlement approval

hearing, a declaration was filed with the Court by the Settlement Administrator, Rust Consulting, confirming that Notice was given in accordance with the terms of the Court's previous Order preliminarily approving the Settlement.

5. A hearing was held on October 2, 2009, at 10:00 a.m., in Courtroom 2 of the United States District Court for the Eastern District of California ("Final Approval Hearing") to determine whether the proposed Settlement should be finally approved as fair, reasonable, and adequate, and whether a Final Order and Judgment approving the Settlement and dismissing all claims asserted in Action on the merits, with prejudice and without leave to amend, should be entered. Having heard from the parties and class members invited to attend that hearing, the Court hereby grants Plaintiffs' motion for final approval of the Settlement, finding it to be fair, reasonable, and adequate, and certifies the settlement classes identified in Plaintiffs' papers and the proposed Settlement Agreement. The Court hereby directs PACIFIC BELL to make payment to the Settlement Classes' members under the terms of the parties' settlement agreement. The Court hereby dismisses this action with prejudice and enters Judgment in accordance with the terms of the Settlement.

6. The Court has also reviewed Plaintiffs' motion to award Class Counsel attorney's fees, costs, and expenses totaling $500,000. Reviewing the papers and declarations filed by Class Counsel, the Court finds that Class Counsel's requested fees, costs, and expenses are reasonable and appropriate in light of the work performed and costs expended of $94,358.68. The requested amount of $500,000 represents less than the lodestar submitted by Class Counsel, and is being paid separate from the compensation to the Class, under the terms of the Settlement Agreement. Plaintiffs' motion is hereby GRANTED, and PACIFIC BELL is directed to make payment to Class Counsel of $500,000 under the terms of the parties' Settlement Agreement.

7. The Court has also reviewed Plaintiffs' motion to award the Representative Plaintiffs Yelena Lebedchik, Eric Hooks, and Svetlana Melnik in this action $7,500 each. The Court finds that this award is reasonable for the services provided by the Representative

Plaintiffs to the Classes and hereby directs PACIFIC BELL to make payment to the Representative Plaintiffs of $7,500 each under the terms of the parties' settlement agreement. The Court also approves PACIFIC BELL's payment of $15,000 to the California Labor and Workforce Development Agency as its share of the Settlement attributable to civil penalties under the Private Attorneys General Act, and the Court directs PACIFIC BELL to make payment of this amount under the terms of the parties' settlement agreement.

8. The certification of the Settlement Classes is for settlement purposes only and shall not constitute, nor be construed as, an admission on the part of PACIFIC BELL that this Action, or any other proposed or certified class action is appropriate for class treatment pursuant to Federal Rule of Civil Procedure 23 or any other similar class action statute or rule.

**IT IS SO ORDERED.**

Date: October 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE